UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:17-CV-00145-TBR

TIFFANY HAM,                                                                                                    PLAINTIFF

v.

MIDLAND FUNDING, LLC,                                                                                DEFENDANT

**ORDER AND JUDGMENT**

This matter is before the Court on Defendant Midland Funding, LLC's Motion to Dismiss, [DN 7.] Plaintiff Tiffany Ham responded, [DN 10], and Midland replied, [DN 11.] Having reviewed the parties' submissions, and being otherwise sufficiently advised, for the reasons set forth in the Court's Memorandum Opinion filed contemporaneous to this Order and Judgment,

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss for failure to state a claim on which relief can be granted, [DN 7], is **GRANTED**.

All claims in the above-captioned action shall be **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the case.

There being no just cause for delay, this is a final and appealable order.

Date:

cc:       Counsel